```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   KENNETH MUEHRING, JR.,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :           23-CV-882 (VSB)
                 -against-                                  :
                                                            :               ORDER
   JPMORGAN CHASE BANK, N.A. and                            :
   EQUIFAX INFORMATION SERVICES,                            :
   LLC,                                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 2, 2023, this matter was removed from the Supreme Court, County of New York.  (Doc. 1.)  On March 3, 2023, Defendant Equifax Information Services, LLC ("Equifax") filed their answer to the complaint.  (Doc. 8.)  On March 6, 2023, Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") filed their answer to the complaint.  (Doc. 9.)  That same day, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before March 20, 2023.  (Doc. 10.)  To date, the parties have not done so.  Accordingly, the parties are hereby

      ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than March 27, 2023.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 22, 2023
      New York, New York

                                                                                 _____
                                                                                 Vernon S. Broderick
                                                                                 United States District Judge