```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   KENNETH MUEHRING, JR.,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :              23-CV-882 (VSB)
                  -against-                                 :
                                                            :                  ORDER
   JPMORGAN CHASE BANK, N.A. and                            :
   EQUIFAX INFORMATION SERVICES,                            :
   LLC,                                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On February 2, 2023, this matter was removed from the Supreme Court, County of New York.  (Doc. 1.)  On March 3, 2023, Defendant Equifax Information Services, LLC ("Equifax") filed their answer to the complaint.  (Doc. 8.)  On March 6, 2023, Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") filed their answer to the complaint.  (Doc. 9.)  That same day, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before March 20, 2023.  (Doc. 10.)  On March 22, 2023, after the parties failed to timely file their joint letter and proposed case management plan, I entered an Order directing the parties to do so by March 27, 2023.  (Doc. 11.)  In this Order, I notified the parties that if they fail to file the requested information, "I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  On March 27, 2023, Defendant JPMorgan Chase Bank filed a stipulation of voluntary dismissal notifying the Court that they had been dismissed from this case.  (Doc. 13.)  To date, Plaintiff and Equifax have not filed the joint letter and proposed case management plan requested in Docs. 10 and 11.

Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b).

The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: March 30, 2023
New York, New York

_____
Vernon S. Broderick
United States District Judge